UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SYDNEY MCKINNEY,

    Plaintiff,

v.        Case No: 2:16-cv-560-FtM-99CM

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

### ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 24) filed on October 25, 2016. On July 18, 2016, Plaintiff filed a two-count complaint alleging violations of the Telephone Consumer Protection Act, 47 U.S.C § 227, *et seq.* and the Florida Consumer Collection Practices Act, § 559 *et seq.* Doc. 1. Defendant filed its answer and affirmative defenses on August 25, 2016. Doc. 19. Plaintiff seeks leave to amend her complaint to add a count based upon Defendant's alleged violations of Florida Statutes § 559.72(9) and remove the current count based on alleged violations of Florida Statutes § 559.72(7). Doc. 24 at 1. Further, Plaintiff seeks to amend her complaint to include the real party in interest, Capital One Auto Finance, which is a division of Capital One, N.A. *Id.* Defendant does not oppose the relief requested. *Id.* at 3.

Rule 15, Federal Rules of Civil Procedure, provides that, for amendments not filed as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when

justice so requires." Fed. R. Civ. P. 15(a)(2). "Although leave to amend shall be freely given when justice so requires, a motion to amend may be denied on numerous grounds such as undue delay, undue prejudice to the defendants, and futility of the amendment." *Maynard v. Bd. of Regents of the Div. of Univs. of the Fla. Dep't of Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (internal quotation marks omitted). Here, the motion was timely filed.[1] Upon review of the amended complaint, the Court finds that neither ground justifying a denial of leave to amend is present.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 24) is **GRANTED**.

2. The Clerk of Court is directed to docket Plaintiff's First Amended Complaint (Doc. 24-1) as a separate entry in the CM/ECF system, and update the docket to include Capital One Auto Finance, a division of Capital One, N.A. as the new Defendant.

---

[1] The deadline to amend pleadings is November 14, 2016. Doc. 22 at 1.

- 3 -

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record